MINUTE ENTRY

WALTER, J.

SHREVEPORT DIVISION

July 5, 2011

RECEIVED
JUL - 5 2011
TONY R. MOORE, CLERK
BY_____
         DEPUTY

OILFIELD SERVICES, L.L.C.      CIVIL ACTION NO. 11-0680

versus     JUDGE WALTER

J. W. OPERATING CO., ET AL     MAGISTRATE JUDGE HORNSBY

\*    \*    \*    \*

Pursuant to 28 U.S.C. Section 455, Judge Donald E. Walter must be disqualified from participating in the above captioned matters. Accordingly, this case is referred to Chief Judge Robert G. James for reassignment.

*/s/ DEW*