UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **OILFIELD SERVICES, L.L.C.** | ) Civil Action Number 11-00680 |
| | ) |
| versus | ) Judge Donald E. Walter |
| | ) |
| **J-W OPERATING COMPANY** | ) Magistrate Judge Mark L. Hornsby |
| **and PATTERSON-UTI DRILLING** | ) |
| **COMPANY, L.L.C.** | ) Jury Trial Requested |

### ORDER

Considering the unopposed Motion of Oilfield Services L.L.C.,

IT IS ORDERED that the delay for Oilfield Services, L.L.C. to oppose the Motion to Dismiss filed by J-W Operating Company [Doc. 9] be and the same is hereby extended until August 5, 2011.

SO ORDERED this  13  day of July, 2011.

_____
x̶J̶u̶d̶g̶e̶/Magistrate Judge