UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OILFIELD SERVICES, LLC | CIVIL ACTION NO. 11-cv-0680 |
| VERSUS | JUDGE STAGG |
| J-W OPERATING CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

A status conference will be held on **February 2, 2012** at **10:00 a.m.** to discuss the pending Motion to Dismiss (Doc. 9) and the possibility of consolidating Docket No. 11-cv-0680 and Docket No. 12-cv-0033.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of January, 2012.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE