UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

OILFIELD SERVICES, LLC                    CIVIL   ACTION NO. 11-cv-0680
                                          Consolidated Action

VERSUS                                    JUDGE STAGG

J-W OPERATING CO., ET AL                  MAGISTRATE JUDGE HORNSBY

**ORDER**

J-W Operating Company filed a Motion to Dismiss or, Alternatively, Transfer (Doc. 9) that was based primarily on arguments the court should either decline to exercise jurisdiction over this case or transfer it to Texas, where a related case was pending. The Texas case has since been transferred to this court, and the two cases are now consolidated. Following those events, the parties informed the court that agreements have been made regarding the dismissal of one party and cooperation in obtaining certain discovery, all of which resulted in a resolution of the issues presented by the motion. Accordingly, the motion is denied without prejudice.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of March, 2012.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE