UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **OILFIELD SERVICES, L L C, et al** | Civil Action No. 5:11CV680 (LEAD) |
| | 5:11CV033 (MEMBER) |
| **VERSUS** | **JUDGE STAGG** |
| **J-W OPERATING CO, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW come J-W Operating Company, Oilfield Services, L.L.C. and Patterson-UTI Drilling Company, L.L.C., through undersigned counsel, who move this Court as follows:

1.

The parties desire to maintain the confidentiality of sensitive, confidential, commercial, trade secret or proprietary information that may be exchanged between them in the prosecution and defense of the claims at issue herein.

2.

Accordingly, the parties move this court for the entry of the attached Protective Order.

WHEREFORE, movants, J-W Operating Company, Oilfield Services, L.L.C. and Patterson-UTI Drilling Company, L.L.C. pray that the court enter the attached Protective Order.

- 2 -

| | |
|---|---|
| MILLER MENTZER, P.C.<br>Post Office Box 130<br>Palmer, Texas  75152<br>Tel:  (972) 845-222<br>Fax:  (972) 845-3398<br>E-Mail: jwalker@milmen.com | HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>Post Office Box 8032<br>Monroe, Louisiana  71121-8032<br>Tel:  (318) 387-2422<br>Fax:  (318) 388-5809<br>E-Mail:  tom@hhsclaw.com |
| By:  */s/ Julie A. Walker*<br>       Julie A. Walker<br>       Texas Bar #24012970<br>Attorney for J-W Operating Company | By:  */s/ Thomas M. Hayes, III*<br>          Thomas M. Hayes, III  #6685<br>Attorney for Oilfield Services, LLC |

COOK, YANCEY, KING &
 GALLOWAY
Post Office Box 22260
Shreveport, Louisiana  71120-2260
Tel:  (318) 221-6271
Fax:  (318) 227-7850
E-Mail:
Sidney.cook@cookyancey.com

By: */s/ Sidney E. Cook, Jr.*
     Sidney E. Cook, Jr., #1311
Attorney for Patterson-UTI Drilling
Company, LLC

- 3 -

## **LOCAL RULE 5.7.08W CERTIFICATE**

Pursuant to Local Rule 5.7.08W, the filing attorney certifies that the other signatory has expressly agreed to the form and substance of the document and that the filing attorney has the signatory's actual authority to submit the document electronically, using his electronic signature.

Monroe, Louisiana, this 2nd day of April, 2012.

                                                  */s/ Thomas M. Hayes, III*_____
                                                                OF COUNSEL

- 4 -

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

      Monroe, Louisiana, this 2nd day of April, 2012.


                                        */s/ Thomas M. Hayes, III*
                                              OF COUNSEL