BLANCHARD, WALKER, O'QUIN & ROBERTS
400 Texas Street, Suite 1400
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Tel: (318) 221-6858
Fax: (318) 227-2967
E-Mail: Padkins@bwor.com

By: */s/ Paul M. Adkins*
    Paul M. Adkins, No. 14043
Attorney for J-W Operating Company

COOK, YANCEY, KING & GALLOWAY
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Tel: (318) 221-6271
Fax: (318) 227-7850
E-Mail: Sidney.cook@cookyancey.com

By: */s/ Sidney E. Cook, Jr.*
    Sidney E. Cook, Jr., #1311
Attorney for Patterson-UTI Drilling Company, LLC

HAYES, HARKEY, SMITH & CASCIO, L.L.P.
Post Office Box 8032
Monroe, Louisiana 71121-8032
Tel: (318) 387-2422
Fax: (318) 388-5809
E-Mail: tom@hhsclaw.com

By: */s/ Thomas M. Hayes, III*
    Thomas M. Hayes, III  #6685
Attorney for Oilfield Services, LLC

2

## **LOCAL RULE 5.7.08W CERTIFICATE**

Pursuant to Local Rule 5.7.08W, the filing attorney certifies that the other signatory has expressly agreed to the form and substance of the document and that the filing attorney has the signatory's actual authority to submit the document electronically, using his electronic signature.

Monroe, Louisiana, this 2nd day of April, 2012.

>  */s/ Thomas M. Hayes, III*_____
> OF COUNSEL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Monroe, Louisiana, this 2nd day of April, 2012.

                                                  */s/ Thomas M. Hayes, III*
                                                         OF COUNSEL

**APPROVED AS TO FORM AND SUBSTANCE:**

BLANCHARD, WALKER, O'QUIN & ROBERTS
400 Texas Street, Suite 1400
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Tel: (318) 221-6858
Fax: (318) 227-2967
E-Mail: Padkins@bwor.com

By: */s/ Paul M. Adkins*
    Paul M. Adkins, No. 14043
Attorney for J-W Operating Company

COOK, YANCEY, KING & GALLOWAY
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Tel: (318) 221-6271
Fax: (318) 227-7850
E-Mail: Sidney.cook@cookyancey.com

By: */s/ Sidney E. Cook, Jr.*
    Sidney E. Cook, Jr., #1311
Attorney for Patterson-UTI Drilling Company, LLC

HAYES, HARKEY, SMITH & CASCIO, L.L.P.
Post Office Box 8032
Monroe, Louisiana 71121-8032
Tel: (318) 387-2422
Fax: (318) 388-5809
E-Mail: tom@hhsclaw.com

By: */s/ Thomas M. Hayes, III*
    Thomas M. Hayes, III  #6685
Attorney for Oilfield Services, LLC

## LOCAL RULE 5.7.08W CERTIFICATE

Pursuant to Local Rule 5.7.08W, the filing attorney certifies that the other signatory has expressly agreed to the form and substance of the document and that the filing attorney has the signatory's actual authority to submit the document electronically, using his electronic signature.

Monroe, Louisiana, this 2nd day of April, 2012.

              */s/ Thomas M. Hayes, III*_____
                  OF COUNSEL

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

    Monroe, Louisiana, this 2nd day of April, 2012.



                                                                                                        */s/ Thomas M. Hayes, III*
                                                                                                            OF COUNSEL