UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**OILFIELD SERVICES, L L C, et al**   Civil Action No. 5:11CV680 (LEAD)
                                                                    5:12CV033 (MEMBER)

**VERSUS**                                                   JUDGE STAGG

**J-W OPERATING CO, ET AL**                    MAGISTRATE JUDGE HORNSBY

**JOINT MOTION FOR EXTENSION OF ALL
DELAYS AND FOR REVISED SCHEDULING ORDER**

Now, through undersigned counsel, come J-W Operating Company, Oilfield Services, LLC and Patterson UTI Drilling Company, LLC, all of the parties to this action, and respectfully show:

1.

Through no fault of any party, the inspection of the oil rig has been delayed until July 2, 2012, and the depositions of fact witnesses have also been delayed. While those witnesses have finally been located and dates have been tentatively set, the depositions will not be completed until July and early August. Accordingly, the parties will not be able to meet the current Scheduling Order.

2.

Once the rig inspection has occurred and the primary fact depositions have been taken, J-W Operating Company and Oilfield Services, LLC hope to mediate the case, in advance of the time that they must submit expert reports and undertake expert discovery, with the hope that if they are successful in mediation, they can eliminate some cost of litigation. The parties believe

-2-

that they can complete primary fact discovery and conduct the mediation in August or early September.

3.

The parties jointly move that the current Scheduling Order be upset, and that a new Scheduling Order be entered, and if possible, that a new trial date be selected in or around March of 2013, with delays in place to allow the parties to conduct primary discovery and attempt settlement before incurring expert expenses.

4.

The parties further believe that all parties would benefit from a short conference with the Magistrate Judge for the purpose of addressing these scheduling issues.

WHEREFORE, THE PREMISES CONSIDERED, the parties pray that the Scheduling Order of February 2, 2012 [Docket Entry 28], be upset and that a Scheduling Conference be held to select a new trial date and other delays.

-3-

| | |
|---|---|
| BLANCHARD, WALKER, O'QUIN & ROBERTS<br>400 Texas Street, Suite 1400<br>Post Office Drawer 1126<br>Shreveport, Louisiana 71163-1126<br>Tel: (318) 221-6858<br>Fax: (318) 227-2967<br>E-Mail: Padkins@bwor.com<br><br>By: */s/ Paul M. Adkins*<br>　　Paul M. Adkins, No. 14043<br>Attorney for J-W Operating Company<br><br>COOK, YANCEY, KING & GALLOWAY<br>Post Office Box 22260<br>Shreveport, Louisiana 71120-2260<br>Tel: (318) 221-6271<br>Fax: (318) 227-7850<br>E-Mail: Sidney.cook@cookyancey.com<br><br>By: */s/ Sidney E. Cook, Jr.*<br>　　Sidney E. Cook, Jr., #1311<br>Attorney for Patterson-UTI Drilling Company, LLC | HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>2811 Kilpatrick Boulevard<br>Post Office Box 8032<br>Monroe, Louisiana 71121-8032<br>Tel: (318) 387-2422<br>Fax: (318) 388-5809<br>E-Mail: tom@hhsclaw.com<br><br>By: */s/ Thomas M. Hayes, III*<br>　　Thomas M. Hayes, III #6685<br>Attorney for Oilfield Services, LLC |