UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**OILFIELD SERVICES, L L C, et al**          Civil Action No. 5:11CV680 (LEAD)
                                                                        5:12CV033 (MEMBER)

**VERSUS**                                                JUDGE STAGG

**J-W OPERATING CO, ET AL**            MAGISTRATE JUDGE HORNSBY

JOINT MOTION TO DISMISS CLAIMS BY OILFIELD SERVICES, LLC
AGAINST J-W OPERATING CO. FOR BREACH OF CONTRACT

Now, through undersigned counsel, come Oilfield Services, L.L.C. ("Oilfield"), plaintiff in Suit No. 11-0680 and defendant and plaintiff in counter-claim in Suit No. 12-033, and J-W Operating Company ("J-W"), defendant in Suit No. 11-680 and plaintiff and defendant in counter-claim in Suit No. 12-033, and show:

1.

Oilfield and J-W have settled the claims by Oilfield against J-W for breach of contract asserted in the complaint in Suit No. 11-680 and in the counter-claim in Suit No. 12-033.

2.

Oilfield and J-W desire that Oilfield's claim and counter-claim for breach of contract be dismissed with prejudice, with each party to bear its own costs and fees related to the breach of contract claims pleaded by Oilfield, reserving to Oilfield and J-W all other claims, rights and defenses to which they are entitled.

Wherefore, the premises considered, Oilfield Services, L.L.C. and J-W Operating Company pray that the claims of Oilfield Services LLC against J-W Operating Company for breach of contract be dismissed with prejudice, reserving to each party all other claims, rights and defenses to which they are entitled.

| | |
|---|---|
| MILLER MENTZER, P.C.<br>Ms. Julie A. Walker<br>Post Office Box 130<br>Palmer, Texas 75152<br>Tel: (972) 845-2222<br>Fax: (972) 845-3398<br>E-Mail:  jwalker@milmen.com<br><br>By: */s/ Julie A. Walker*<br>   Julie A. Walker<br>   Texas Bar No. 24012970<br>   -and-<br>Mr. Paul M. Adkins<br>Blanchard, Walker, O'Quin & Roberts<br>400 Texas Street, Suite 1400<br>Post Office Drawer 1126<br>Shreveport, Louisiana  71163-1126<br>Tel: (318) 221-6858<br>Fax: (318) 227-2967<br>Padkins@bwor.com<br>Attorneys for J-W Operating Company | HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>2811 Kilpatrick Boulevard<br>Post Office Box 8032<br>Monroe, Louisiana  71121-8032<br>Tel:  (318) 387-2422<br>Fax:  (318) 388-5809<br>E-Mail:  tom@hhsclaw.com<br><br>By:   */s/ Thomas M. Hayes, III*<br>         Thomas M. Hayes, III  #6685<br>Attorney for Oilfield Services, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, a copy of the foregoing Joint Motion to Dismiss Claims by Oilfield Services against J-W Operating Company for Breach of Contract was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Paul M. Adkins, Sidney E. Cook, Jr., Elizabeth M. Carmody, David Miller, Julie Walker, and William Timothy Allen, III, by operation of the court's electronic filing system.

HAYES, HARKEY, SMITH & CASCIO, L.L.P.
2811 KILPATRICK BOULEVARD
POST OFFICE BOX 8032
MONROE, LOUISIANA  71211-8032
Telephone:  (318) 387-2422
Facsimile:  (318) 388-5809
Email: tom@hhsclaw.com

BY:    */s/ Thomas M. Hayes, III*
           Thomas M. Hayes, III
           La. Bar Roll No. 6685
ATTORNEY FOR OILFIELD SERVICES, L.L.C.