RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11 / 30 / 12
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OILFIELD SERVICES, LLC | CIVIL ACTION NO. 11-cv-0680 (Consolidated with 12-cv-0033) |
| VERSUS | JUDGE STAGG |
| J-W OPERATING CO., ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 38)** is **granted** and all claims that Plaintiff, Oilfield Services, LLC, has against Patterson-UTI Drilling Company, LLC are **dismissed without prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30th day of November, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE