# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**OILFIELD SERVICES, L L C, et al**          Civil Action No. 5:11CV680 (LEAD)
                                                              5:12CV033 (MEMBER)

**VERSUS**                                    JUDGE STAGG

**J-W OPERATING CO, ET AL**          MAGISTRATE JUDGE HORNSBY

## JOINT MOTION FOR EXTENSION OF DISCOVERY DELAYS

Now, through undersigned counsel, come J-W Operating Company and Oilfield Services, LLC, who are all of the parties to this action, and respectfully show:

1.

The delay to complete fact discovery expires on December 17, 2012. The parties are in need of an extension of 45 days to complete fact discovery, and jointly pray that the delay be extended until February 1, 2013.

WHEREFORE, THE PREMISES CONSIDERED, the parties pray that the delay to complete fact discovery be extended from December 17, 2012 until February 1, 2013.

| | |
|---|---|
| BLANCHARD, WALKER, O'QUIN & ROBERTS<br>400 Texas Street, Suite 1400<br>Post Office Drawer 1126<br>Shreveport, Louisiana 71163-1126<br>Tel: (318) 221-6858<br>Fax: (318) 227-2967<br>E-Mail: Padkins@bwor.com<br><br>By: */s/ Paul M. Adkins*<br>     Paul M. Adkins, No. 14043<br>Attorney for J-W Operating Company | HAYES, HARKEY, SMITH & CASCIO, L.L.P.<br>2811 Kilpatrick Boulevard<br>Post Office Box 8032<br>Monroe, Louisiana  71121-8032<br>Tel:  (318) 387-2422<br>Fax:  (318) 388-5809<br>E-Mail:  tom@hhsclaw.com<br><br>By:  */s/ Thomas M. Hayes, III*<br>     Thomas M. Hayes, III  #6685<br>Attorney for Oilfield Services, LLC |